373 A.2d 457

COMMONWEALTH of Pennsylvania

v.

Leondis GOOD, Appellant.

Supreme Court of Pennsylvania.

Submitted Nov. 11, 1976.

Decided June 3, 1977.

Steinberg, Greenstein, Gorelick & Price, Joel Every, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., Gaele McLaughlin Barthold, Asst. Dist. Atty., for appellee.

Before EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM.

Judgment of sentence affirmed.

JONES, former C. J., took no part in the consideration or decision of this case.